UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **BERLIN JOHNSON** | : | **CASE NO. 5:23-cv-00421** |
| | | |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| | | |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION, ET AL.** | : | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 22], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the Report and Recommendation [doc. 22] be **ADOPTED**. Accordingly, this matter is **REMANDED** to the 26th Judicial District Court, Bossier Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 6th day of March, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE